

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | NO. 3:14-CR-00297-S (1) |
| v. | § | |
| | § | |
| ROBERT BRICE DAUGHERTY | § | |
| | § | |

**REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant ROBERT BRICE DAUGHERTY is charged in a petition with a violation of the terms of his supervised release. On this date, the United States Magistrate Judge conducted a revocation hearing. Defendant appeared in person and was represented by counsel.

Based on Defendant's plea of true to the allegations to Violations of the Original Petition and the evidence and arguments offered at the hearing, the Magistrate Judge recommends the United States District Judge:

- ☑ find Defendant violated the terms of his supervised release;
- ☑ revoke Defendant's supervised release;
- ☑ impose a sentence of an additional term of imprisonment of *time served, with no additional term of supervised release.*
- ☐ recommend that the defendant continue his current conditions of release.
- ☐ recommend that the defendant serve his sentence at  .

SO RECOMMENDED.

March 3, 2026
_____
Date

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the Magistrate Judge's recommendation before any additional sentence is imposed.

I, Defendant ROBERT BRICE DAUGHERTY, hereby
- ☑ waive my right to object to the Report and Recommendation of the Magistrate Judge.
- ☐ do NOT waive my right to object to the Report and Recommendation of the Magistrate Judge.

_3/3/26_____
Date

_Robert Daugherty_____
Defendant

_____
Defense Counsel

**Consented to by United States**

_____
Assistant U.S. Attorney